AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Vermont

LISA M. LAROCHE,

   Plaintiff,

v.

DAVID SOLOMON, individually, and in his capacity as a South Burlington Police Officer

   Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:01-CV-321

__X__ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the jury verdict (Paper No. 70) entered February 21, 2003, defendant David Solomon is not liable to plaintiff Lisa LaRoche as alleged in her complaint. JUDGMENT is hereby entered for defendant David Solomon against plaintiff Lisa M. LaRoche.

Date: February 24, 2003

RICHARD PAUL WASKO
Clerk

(By) Deputy Clerk

**JUDGMENT ENTERED ON DOCKET**
DATE: 02-24-03

AO 72A
(Rev.8/82)

71.